IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                  PLAINTIFF

v.                 No. 4:06-cr-239-DPM

STEVEN EARL BONDS,
REG. #24226-009                                    DEFENDANT

ORDER

Bonds moves unopposed to continue his 30 October 2013 revocation hearing. № 126. The petition for revocation alleges that he violated the terms of his supervised release by committing theft by receiving. Bonds's lawyer states that Bonds's first appearance in Pulaski County Circuit Court for the underlying offense is set for 21 October 2013, and "the process of discovery and preparing for trial [in state court] will . . . take several weeks." № 126 at 2.

Motion, № 126, granted. Bonds's revocation hearing is reset for 3 p.m. on 16 January 2014. This continuance does not implicate Bonds's right to a speedy trial. *United States v. House*, 501 F.3d 928, 931 (8th Cir. 2007).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2013